Chang & Diamond
Steven J. Diamond, SBN 202174
7807 Convoy Court, Suite 104
San Diego, CA 92111
Telephone:   (619) 233-6300

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

    Dr. Karen Sorensen, PHD

               Debtor(s).

BANKRUPTCY NO. 23- 351 8

### PROFIT & LOSS
### Karen Sorensen, PHD

| GROSS INCOME | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | Average Monthly Income |
|---|---|---|---|---|---|---|---|
| INCOME | 7419 | 7699 | 7004 | 8483 | 5235 | 7563 | 7234 |
| Business Operating Expenses; | | | | | | | |
| Rent | 825 | 495 | 735 | 780 | 735 | 510 | 780 |
| Liability Insurance | 404 | 0 | 0 | 404 | 0 | | 135 |
| Fax | | | | | | | |
| Supplies | 0 | 50 | 19 | 14 | 10 | 65 | 26 |
| Medical Biller | 459 | 529 | 665 | 459 | 459 | 635 | 534 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Average monthly expenses | | | | | | | 1475 |
| Net Income | | | | | | | 5759 |

       I, Dr. Karen Sorensen, declare that the above stated business income and expenses are my true

correct business income and expenses.

       I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th
day of November, 2023, at San Diego, California.

/s/ Dr. Karen Sorensen
Dr. Karen Sorensen